Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — Silver Lake Golf Course, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 38-2794771

**4. Debtor's address**

**Principal place of business**
2602 W. Walton Blvd.,
Waterford, MI 48329
Number, Street, City, State & ZIP Code

Oakland
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)** — https://www.silverlakegc.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| | | |
|---|---|---|
| Debtor | Silver Lake Golf Course, Inc. | Case number (*if known*) _____ |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7139

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____
District _____ When _____ Relationship _____
Case number, if known _____

| Debtor | Silver Lake Golf Course, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

### 15. Estimated Assets

☐ $0 - $50,000     ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000     ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Silver Lake Golf Course, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 6, 2024
             MM / DD / YYYY

**X** /s/   Mary Quackenbush                          Mary Quackenbush
Signature of authorized representative of debtor      Printed name

Title  Secretary - Treasurer

**18. Signature of attorney**

**X** /s/ David R. Shook                              Date  March 6, 2024
Signature of attorney for debtor                            MM / DD / YYYY

David R. Shook P48667
Printed name

David R. Shook, Attorney At Law
Firm name

4139 W. Walton Blvd., Suite F
Waterford Township, MI 48329
Number, Street, City, State & ZIP Code

Contact phone  (248) 625-6600      Email address  ecf@davidshooklaw.com

P48667 MI
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Silver Lake Golf Course, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 6, 2024        X /s/   Mary Quackenbush
                                         Signature of individual signing on behalf of debtor

                                         Mary Quackenbush
                                         Printed name

                                         Secretary - Treasurer
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Silver Lake Golf Course, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alfred & Karen Daniels 17947 Snow Ave Dearborn, MI 48124 | | | Contingent Unliquidated Disputed | | | $102,542.00 |
| Chase PO Box 15123 Wilmington, DE 19850-5123 | | Credit Card Purchases | | | | $19,764.41 |
| Consumers Energy PO Box 740309 Cincinnati, OH 45274 | | Utilities | | | | $483.51 |
| DTE Energy Corporate Office One Energy Plaza Detroit, MI 48226 | | Utilities | | | | $930.51 |
| John P Smith Trust C/O Carol Cronk, Co-Trustee 4300 Summerlane Milford, MI 48380 | | Business Loan | | | | $266,858.00 |
| Kerry & Carol Cronk 4300 Summerlane Milford, MI 48380 | | Promissory Note | | | | $68,463.07 |
| Larry B. Thompson 3126 Schoolhouse Dr. Waterford, MI 48329 | | Shareholder Loan | | | | $212,749.00 |
| Law Office of John Hermann, PC 2684 W. Eleven Mile Rd. Berkley, MI 48072 | | Trade Debt | | | | $10,549.20 |
| Michael and Mary Quackenbush 2368 Anders Waterford, MI 48329 | | Shareholder Loan | | | | $199,141.00 |

| Debtor | Silver Lake Golf Course, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Randall & Erin Schaaf 2966 Golfhill Dr. Waterford, MI 48329 | | Shareholder Loan | | | | $40,000.00 |
| Russell Stites 7267 McCandlish Grand Blanc, MI 48439 | | Shareholder Loan | | | | $238,879.00 |

# United States Bankruptcy Court
## Eastern District of Michigan, Detroit Division

In re  Silver Lake Golf Course, Inc.                        Case No.
                         Debtor(s)                          Chapter    11

**STATEMENT OF ATTORNEY FOR DEBTOR(S)
PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ] **FLAT FEE**
    - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    - B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    - C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

    [X] **RETAINER**
    - A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1,000.00
    - B. The undersigned shall bill against the retainer at an hourly rate of $ __395.00__ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ __1,738.00__ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
    - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    - E. Reaffirmations;
    - F. Redemptions;
    - G. Other:
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

6. The source of payments to the undersigned was from:
    - A. __XX__   Debtor(s)' earnings, wages, compensation for services performed
    - B. _____   Other (describe, including the identity of payor)  _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: March 6, 2024

/s/ David R. Shook
Attorney for the Debtor(s)
David R. Shook
David R. Shook, Attorney At Law
4139 W. Walton Blvd., Suite F
Waterford Township, MI 48329
(248) 625-6600
ecf@davidshooklaw.com
P48667 MI

Agreed: /s/ Mary Quackenbush
Mary Quackenbush
Debtor

Debtor

# United States Bankruptcy Court
## Eastern District of Michigan, Detroit Division

In re: Silver Lake Golf Course, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alfred & Karen Daniels<br>17947 Snow Ave<br>Dearborn, MI 48124 | Common | 11,250 | |
| Alfred & Karen Daniels<br>17947 Snow Ave<br>Dearborn, MI 48124 | Preferred | 4,333.333 | |
| Larry B. Thompson<br>3126 Schoolhouse Dr.<br>Waterford, MI 48329 | Common | 5625 | |
| Michael and Mary Quackenbush<br>2368 Anders<br>Waterford, MI 48329 | Preferred | 12,200 | |
| Michael and Mary Quackenbush<br>2368 Anders<br>Waterford, MI 48329 | Common | 16,875 | |
| Randall & Erin Schaaf<br>2966 Golfhill Dr.<br>Waterford, MI 48329 | Commmon | 5625 | |
| Russell Stites<br>7267 McCandlish<br>Grand Blanc, MI 48439 | Commmon | 5625 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary - Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 6, 2024

Signature: /s/ Mary Quackenbush
Mary Quackenbush

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan, Detroit Division

In re    Silver Lake Golf Course, Inc.            Case No.
                                       Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary - Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 6, 2024                   /s/ Mary Quackenbush
                                                   Mary Quackenbush/Secretary - Treasurer
                                                   Signer/Title

Alfred & Karen Daniels
17947 Snow Ave
Dearborn, MI 48124

Chase
PO Box 15123
Wilmington, DE 19850-5123

Consumers Energy
PO Box 740309
Cincinnati, OH 45274

DTE Energy Corporate Office
One Energy Plaza
Detroit, MI 48226

John P Smith Trust
C/O Carol Cronk, Co-Trustee
4300 Summerlane
Milford, MI 48380

Joseph M. Xuereb, Esq.
39209 Six Mile Road, Suite 165
Livonia, MI 48152

Kerry & Carol Cronk
4300 Summerlane
Milford, MI 48380

Larry B. Thompson
3126 Schoolhouse Dr.
Waterford, MI 48329

Law Office of John Hermann, PC
2684 W. Eleven Mile Rd.
Berkley, MI 48072

Michael and Mary Quackenbush
2368 Anders
Waterford, MI 48329

Oakland County Cir. Court #23-199414-CB
1200 N Telegraph
Pontiac, MI 48341

Randall & Erin Schaaf
2966 Golfhill Dr.
Waterford, MI 48329

Russell Stites
7267 McCandlish
Grand Blanc, MI 48439

Waterford Township Treasure
5200 Civic Center Dr.
Waterford, MI 48329